IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

HERSHEL WALKER,

  Petitioner,

v.

FLORIDA COMMISSION ON
OFFENDER REVIEW,

  Respondent.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D16-2623

Opinion filed December 8, 2016.

Petition for Writ of Certiorari -- Original Jurisdiction.

Hershel Walker, pro se, Petitioner.

Rana M. Wallace, General Counsel, and Mark Hiers, Assistant General Counsel, Florida Commission on Offender Review, Tallahassee, for Respondent.

PER CURIAM.

  The petition for writ of certiorari is denied on the merits.

WOLF, B.L. THOMAS, and KELSEY, JJ., CONCUR.